# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAUL GUZMAN, on behalf of himself and other similarly situated, | : | Civil No. 3:20-CV-01877 |
| Plaintiff, | : | |
| v. | : | |
| ABBEY ROAD CONTROL, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 3rd day of March, 2021, following a telephonic case management conference on this date, **IT IS ORDERED AS FOLLOWS:**

1. Plaintiff shall file any motions for collective and class certification by **April 30, 2021**.

2. The deadline to file amended pleadings and joinder of additional parties is **April 30, 2021**.

3. The scheduling of the remaining deadlines in this case is deferred pending the resolution of the collective and class certification motions.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania