IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAUL GUZMAN, on behalf of himself and others similarly situated,<br>    Plaintiff,<br>v.<br>ABBEY ROAD CONTROL, INC.,<br>    Defendant | 3:20-cv-01877-JPW |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff Saul Guzman ("Plaintiff") and Defendant Abbey Road Control, Inc. ("Defendant") have agreed to settle this Fair Labor Standards Act ("FLSA") lawsuit for $80,000 per the accompanying Collective Action Settlement Agreement ("Agreement"). *See* ECF No. 73-1. Although the Third Circuit has not specifically addressed the issue, most judges agree that FLSA collective action settlements must be judicially reviewed for fairness. Plaintiff submits that approval of this collective action settlement is warranted.

As discussed in the accompanying brief, the instant settlement should be approved as "fair and reasonable" because it achieves an excellent result for Mr. Guzman and the 55 Opt-Ins. Specifically, the gross settlement represents a substantial recovery in light of the workers' estimated alleged unpaid overtime wages for alleged time spent traveling between Defendant's Shop and Plaintiffs' designated job sites. In order to facilitate this settlement, Plaintiff's counsel have

limited their attorney's fee to an amount that falls well below their fee lodestar. *Compare* Agreement (ECF No. 73-1) at ¶ 6 *with* Declaration of Deirdre Aaron (ECF No. 73-2) at ¶ 29.

**WHEREFORE**, Plaintiff respectfully asks the Court to grant this motion and approve the instant settlement.  A proposed order is attached.

Date:  March 3, 2023

Respectfully submitted,

 /s/ Deirdre Aaron
Pete Winebrake (PA ID No. 80496)
pwinebrake@winebrakelaw.com
Deirdre Aaron (PA ID No. 323389)
daaron@winebrakelaw.com
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Attorneys for Plaintiffs*